**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WALGREEN CO., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-02522 |
| | ) | |
| AARON PETERS et al., | ) | Honorable Judge Jeremy C. Daniel |
| | ) | |
| Defendants. | ) | Magistrate Judge Daniel P. McLaughlin |
| | ) | |

**WALGREENS' MOTION FOR SANCTIONS AGAINST
L2 DEFENDANTS AND AARON PETERS FOR ESI SPOLIATION**

Plaintiff Walgreen Co. d/b/a Walgreens ("Walgreens") respectfully moves, pursuant to Federal Rule of Civil Procedure 37(e), for sanctions as a result of L2 Defendants and Peters' intentional spoliation of ESI. In support of the motion, Walgreens states as follows:

1. Before Aaron Peters left Walgreens employ, he copied tens of thousands of files from his Walgreens-issued laptop onto a personal external hard drive ("2TB hard drive"). The copied files include Walgreens' trade secrets that are at issue in this lawsuit..

2. On March 8, 2021, L2 Defendants and Peters' duty to preserve documents arose when Walgreens' counsel sent L2 Defendants' counsel a letter stating that L2 would initiate litigation to protect Walgreens' interests, including its interests in the confidential and proprietary information that Walgreens suspected L2 Defendants had wrongfully obtained and were using.

3. Then, on March 11, 2021, Walgreens filed suit against L2 Partners in Franklin County, Tennessee in the action *Walgreens v. L2 Partners, LLC, et al.*, 21CV-50235, Franklin County, Tennessee. On April 19, 2021, Walgreens served subpoenas on Aaron Peters and on the real estate brokerage firm Marcus & Millichap.

1

4. The very next day, on April 20, 2021, L2 Defendants deleted 60 entries from. Deleted entries include those with WAG which is shorthand for Walgreens in the file name or folder path. Many of those entries are gone forever and not recoverable despite forensic efforts to do so.

5. Then, on May 6, 2021, Walgreens' counsel sent Peters a letter stating violations of Walgreens' Protection of Confidential Information policy "can lead to legal and disciplinary action."

6. The same day that Peters received Walgreens' letter, Peters deleted more than 11,000 files from the 2TB external hard drive. Analysis of these files shows that some deleted files contain "Walgreens," or shorthand for Walgreens in the file name. Some files recovered by Walgreens' forensic expert contain Walgreens' trade secrets though many of the documents are not recoverable despite forensic efforts to do so

7. Walgreens filed the instant litigation on May 11, 2021.

8. On May 13, 2021, Peters surrendered the 2TB hard drive to Protek, L2 Defendants' forensic expert, to be registered as evidence. Two hours before Peters surrendered the 2TB Hard Drive, Peters' L2 user account deleted the Archive folder from the 2TB Hard Drive.

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law, Walgreens respectfully requests that the Court: (1) find that L2 Defendants and Peters destroyed ESI with the intent to deprive Walgreens of its use in this litigation, Fed. R. Civ. P. 37(e)(2); (2) presume, in resolving any dispositive motion, that the destroyed ESI would have been unfavorable to L2 Defendants and Peters, Fed. R. Civ. P. 37(e)(2)(A); (3) instruct the jury at trial that it must presume that the destroyed ESI was unfavorable to L2 Defendants and Peters, Fed. R. Civ. P. 37(e)(2)(B); and (4) award Walgreens' its costs and reasonable attorneys' fees.

Dated: July 31, 2026                    Respectfully submitted,

**PLAINTIFF WALGREEN CO.**

/s/ *David M. Pernini*
Joseph D. Wargo (pro hac vice)
Michael S. French (pro hac vice)
David M. Pernini (pro hac vice)
Shanon J. McGinnis (pro hac vice)
Brandon R. Parrish (pro hac vice)
Amelia C. Anderson (pro hac vice)
WARGO, FRENCH & SINGER LLP
999 Peachtree Street, NE, Suite 1120
Atlanta, Georgia 30308
(404) 853-1575

Wade A. Thomson
Reid J. Schar
Debbie L. Berman
Jason M. Bradford
Andrianna D. Kastanek
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
(312) 222-9350

Counsel for Plaintiff Walgreen Co.

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, I served the foregoing Motion on all counsel of record via CM/ECF.

*/s/ David M. Pernini*
David M. Pernini